## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DEWAYNE RICHARDSON, | ) | 3:19-cv-00389-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | April 15, 2020 |
| WASHOE COUNTY SHERIFF'S OFFICE, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER    REPORTER:    NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Extension of Time (ECF No. 31). Plaintiff requests seven (7) days in which to file his opposition to Defendant's Motion to Dismiss (ECF No. 26).

Plaintiff's Motion for Extension of Time (ECF No. 31) is **GRANTED**. Plaintiff shall have to and including **Friday, May 1, 2020**, in which to file his opposition to Defendant's Motion to Dismiss (ECF No. 26).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:        /s/
       Deputy Clerk