UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEWAYNE RICHARDSON , <br><br> Plaintiff, <br><br> v. <br><br> WASHOE COUNTY SHERIFF'S OFFICE, et al., <br><br> Defendants. | Case No.: 3:19-cv-00389-MMD-WGC <br><br> **ORDER** <br><br> Re:  ECF No. 55 |

Before the court is Plaintiff's "Motion to Subpoena Washoe County Clerk of Records" (ECF No. 55). Plaintiff requests the court to "subpoena the Washoe County Sheriff's Office Clerk/Custodian of Records for all kiosk inquiries/kites, grievances made by the Plaintiff from the month of March 6, 2019 to August 23, 2019." (*Id.*) No timely response to the motion has been filed.

Plaintiff's "Motion to Subpoena Washoe County Clerk of Records" (ECF No. 55) is **GRANTED IN PART**. The court itself does not subpoena documents; that is a party's responsibility.  However, the Clerk of Court shall issue one blank subpoena and send it to Plaintiff. The Clerk of Court shall also send to Plaintiff a copy of the docket sheet in this case.  Plaintiff is advised to consult the Federal Rules of Civil Procedure and Local Rules of the District of Nevada to determine how he wishes to proceed in this matter.  Plaintiff is also reminded that the order granting him leave to proceed *in forma pauperis* (ECF No. 14) does not extend to the issuance of

1

subpoenas at government expense. In other words, all costs and attendant witness fees associated with the service of the subpoena are to be borne by Plaintiff.

**IT IS SO ORDERED.**

Dated: October 14, 2020.

*William G. Cobb*
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE