UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DEWAYNE RICHARDSON,           ) | 3:19-cv-00389-MMD-WGC |
| ) | |
| Plaintiff,    ) | **MINUTES OF THE COURT** |
| vs.                           ) | |
| ) | October 14, 2020 |
| WSAHOE COUNTY SHERIFF'S       ) | |
| OFFICE, et al.,               ) | |
| ) | |
| Defendants.   ) | |
| ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER     REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion Inquiring about Motions File and Unanswered" (ECF No. 57).  Plaintiff states he "motioned this court asking for subpoena for Washoe County Sheriffs Office Clerk of Records for all inquiries, kites, grievances made by the Plaintiff while housed at the Washoe County Sheriffs Office from March 6, 2019 to August 23, 2019."  Plaintiff also states he "filed a motion to extend discovery and amend scheduling order and has not received a response from the Defendants or the court." (*Id.* at 1.)

Plaintiff is advised that the court issued its order granting Plaintiff's motion to subpoena Washoe County Clerk of Records (ECF No. 55).  (ECF No. 59.)

Additionally, on September 8, 2020, the court granted Plaintiff's motion to extend discovery (ECF No. 52) and set new scheduling order deadlines. (ECF No. 53.)

**IT IS HEREBY ORDERED** that Plaintiff's "Motion Inquiring about Motions File and Unanswered" (ECF No. 57) is **DENIED** as moot.

**IT IS FURTHER ORDERED** the Clerk of Court shall re-send the court's order granting Plaintiff's motion to extend discovery (ECF No. 53) to Plaintiff.

DEBRA K. KEMPI, CLERK
By:        /s/
Deputy Clerk