1  CHRISTOPHER J. HICKS
   Washoe County District Attorney
2
3  WADE CARNER
   Deputy District Attorney
4  Nevada State Bar Number 11530
   One South Sierra Street
5  Reno, Nevada 89501
   (775) 337-5700
6  wcarner@da.washoecounty.us
   ATTORNEYS for WASHOE COUNTY SHERIFF'S OFFICE,
7  DEPUTY WALLITNER, AND DEPUTY WUEPPER

8
                    UNITED STATES DISTRICT COURT
9
                          DISTRICT OF NEVADA
10
                                * * *
11

12  DEWAYNE FRANK RICHARDSON,
13
              Plaintiff,                  Case No. # 3:19-cv-00389-MMD-WGC
14
       vs.                                **STIPULATION TO DISMISS WITH
15                                        PREJUDICE**
   WASHOE COUNTY SHERIFF'S OFFICE, et
16 al., DEPUTY WUEPPER, DEPUTY
   WALTNER,
17
18            Defendants.
   _____
19

20            **STIPULATION TO DISMISS WITH PREJUDICE**

21      IT IS HEREBY STIPULATED by and between Plaintiff DEWAYNE RICHARDSON,

22 in *pro per*, and Defendants WASHOE COUNTY SHERIFF'S OFFICE, DEPUTY

23 WALLITNER and DEPUTY WUEPPER, by and through their counsel of record Wade Carner,

24 Esq. that Plaintiff's Complaint as against these Defendants shall be dismissed with Prejudice,

25 with all parties to bear their own fees and costs.

26 ///

-1-

| | |
|---|---|
| DATED: January 11, 2021. | DATED: December ____, 2020. |
| CHRISTOPHER J. HICKS<br>District Attorney | DEWAYNE RICHARDSON, Plaintiff |
| By /s/ Wade Carner<br>WADE CARNER<br>Deputy District Attorney<br>One South Sierra Street<br>Reno, Nevada  89501<br>wcarner@da.washoecounty.us<br>(775) 337-5700<br>ATTORNEYS FOR DEFENDANTS | _____<br>DEWAYNE RICHARDSON |

IT IS SO ORDERED.

Dated: 1/11/2021

_____
Chief U.S. District Judge

DATED: December 8, 2020.

CHRISTOPHER J. HICKS
District Attorney

By _____
WADE CARNER
Deputy District Attorney
One South Sierra Street
Reno, Nevada 89501
wcarner@da.washoecounty.us
(775) 337-5700
ATTORNEYS FOR DEFENDANTS

DATED: December 8, 2020.

DEWAYNE RICHARDSON, Plaintiff

*/s/ Dewayne Richardson*

DEWAYNE RICHARDSON

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P. 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action. I certify that on this date, I mailed a true and correct copy of the foregoing to Plaintiff at:

Dewayne Richardson
Inmate #1011334
Ely State Prison
P.O. Box 1989
Ely, NV 89301

Dated: January 11, 2021

Brenna Bull